```
                                        UNITED STATES DISTRICT COURT
                                                  FILED
                                        ┌─────────────────────────────┐
                                        │     February 24, 2000       │
                                        └─────────────────────────────┘
                                        EASTERN DISTRICT OF LOUISIANA
                                                Loretta G. Whyte
                                                     Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHN FARRAR                                          CIVIL ACTION

VERSUS                                               NO. 00-116

ROWAN DRILLING COMPANY, INC., ET AL                  SECTION "R"2

## PRELIMINARY CONFERENCE NOTICE

   A **PRELIMINARY CONFERENCE** will be held **BY TELEPHONE** on **MARCH 21, 2000,** at **10:00 a.m.** for the purpose of scheduling a pre-trial conference and trial on the merits and for a discussion of the status and discovery cut-off dates.

   The Court will initiate the telephone conference call and will be represented at the conference by its Courtroom Deputy Clerk.  **TRIAL COUNSEL** are to participate in this conference.  If, however, you are unable for good cause to do so, another attorney in your firm may participate if acquainted with all details of the case and authorized to enter into any necessary agreements.  If, for good cause, neither is possible, you must file a Motion and Order to Continue at least one week prior to the above date.

_____
Jay Susslin
COURTROOM DEPUTY CLERK, SECTION R
(504) 589-7689

## NOTICE

**COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.**

**COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.**

```
___FEE_____
___PROCESS___
_X_DKTD_____
___CTRMDEP___
DOCUMENT NO._
```