UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FARRAR | * | CIVIL ACTION NO.: 00-116 |
| | * | |
| | * | SECTION: "R" |
| VERSUS | * | |
| | * | MAGISTRATE: 2 |
| ROWAN DRILLING COMPANY, INC. | * | |
| And ROWAN COMPANIES, INC. | * | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER TO EXTEND EXPERT REPORT CUTOFF

NOW INTO COURT, through undersigned counsel, comes plaintiff, who hereby moves this Honorable Court to extend plaintiff's expert report cutoff for the reasons more fully assigned in the attached Memorandum of Authorities.

Respectfully submitted:

GEORGE & GEORGE, LTD.
James A. George
Building 2, Suite D
11505 Perkins Road
Baton Rouge, LA 70810
Telephone: 225/769-3064

-and-

KOEDERITZ & BOHRER
A Professional Law Corporation
8706 Jefferson Highway, Suite A
Baton Rouge, Louisiana 70809
Telephone: 225/231-7193

By:_____
Philip Bohrer                #14089

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been mailed, postage prepaid and properly addressed, to all counsel of record in these proceedings.

Baton Rouge, Louisiana this 25 day of July, 2000.

_____
Philip Bohrer

DATE OF ENTRY
AUG 0 3 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FARRAR | * | CIVIL ACTION NO.: 00-116 |
| | * | |
| | * | SECTION: "R" |
| VERSUS | * | |
| | * | MAGISTRATE: 2 |
| ROWAN DRILLING COMPANY, INC. | * | |
| And ROWAN COMPANIES, INC. | * | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MEMORANDUM OF AUTHORITIES**

**MAY IT PLEASE THE COURT:**

This matter is set for trial on November 13, 2000 and pre-trial on November 2, 2000. This is a personal injury case brought pursuant to the *Jones Act*, 46 U.S.C. §688.

Pursuant to the Scheduling Order, plaintiff's expert reports are due on or before August 3, 2000.

Plaintiff moves this Honorable Court for an extension up to and including August 31, 2000 to provide defendant with his expert reports.

Plaintiff is still under the care of Dr. Robert Nicholson, an orthopedist. Dr. Nicholson has recommended additional testing of a discogram, which is scheduled for August 3, 2000. Mr. Farrar is then scheduled to undergo an evaluation by Dr. Robert Nicholson on August 16, 2000. Undersigned counsel is unable to evaluate whether plaintiff will suffer any wage loss based upon physical restrictions until after the August 16, 2000 evaluation by Dr. Nicholson.

For this reason, plaintiff respectfully moves this Honorable Court for an extension of plaintiff's expert report cutoff up to and including August 31, 2000.

-1-

Respectfully submitted:

GEORGE & GEORGE, LTD.
James A. George
Building 2, Suite D
11505 Perkins Road
Baton Rouge, LA 70810
Telephone: 225/769-3064

-and-

KOEDERITZ & BOHRER
A Professional Law Corporation
8706 Jefferson Highway, Suite A
Baton Rouge, Louisiana 70809
Telephone: 225/231-7193

By:_____
    Philip Bohrer                    #14089

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has this day been mailed, postage prepaid and properly addressed, to all counsel of record in these proceedings.

    Baton Rouge, Louisiana this 25 day of July_____, 2000.

_____
Philip Bohrer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FARRAR | * | CIVIL ACTION NO.: 00-116 |
| | * | |
| | * | SECTION: "R" |
| VERSUS | * | |
| | * | MAGISTRATE: 2 |
| ROWAN DRILLING COMPANY, INC. | * | |
| And ROWAN COMPANIES, INC. | * | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## O R D E R

Premises considered:

IT IS HEREBY ORDERED that plaintiff be and hereby is granted up to and including August 31, 2000 within which to provide defendant with expert reports.

New Orleans, Louisiana this 21 day of August, 2000.

_____
JUDGE, UNITED STATES DISTRICT COURT

IT IS FURTHER ORDERED that defendants' deadline for providing plaintiff with expert reports is hereby extended to October 2, 2000.