UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FARRAR | * | CIVIL ACTION NO.: 00-116 |
| | * | |
| | * | SECTION: "R" |
| VERSUS | * | |
| | * | MAGISTRATE: 2 |
| ROWAN DRILLING COMPANY, INC. | * | |
| And ROWAN COMPANIES, INC. | * | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## UNOPPOSED MOTION TO CONTINUE
## TRIAL AND PRE-TRIAL CONFERENCE

NOW INTO COURT, through undersigned counsel, comes plaintiff, who hereby moves this Honorable Court to continue the trial and pre-trial conference for the reasons more fully assigned in the attached Memorandum of Authorities.

Respectfully submitted:

GEORGE & GEORGE, LTD.
James A. George
Building 2, Suite D
11505 Perkins Road
Baton Rouge, LA 70810

-and-

Joe Clay Hamilton
Attorney at Law
P.O. Box 1511
Meridian, MS 39302

-and-

KOEDERITZ & BOHRER
A Professional Law Corporation
8706 Jefferson Highway, Suite A
Baton Rouge, Louisiana 70809
Telephone: 225/231-7193

By: _____
Philip Bohrer   #14089

I certify a copy of the foregoing pleading was delivered to all known counsel of record by hand delivery____, overnight delivery____, first class U.S. Mail __✓__, this _30_ day of August, 2000.

_____
Attorney at Law

DATE OF ENTRY
SEP 0 5 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FARRAR | * | CIVIL ACTION NO.: 00-116 |
| | * | |
| | * | SECTION: "R" |
| VERSUS | * | |
| | * | MAGISTRATE: 2 |
| ROWAN DRILLING COMPANY, INC. | * | |
| And ROWAN COMPANIES, INC. | * | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **MEMORANDUM OF AUTHORITIES**

**MAY IT PLEASE THE COURT:**

This matter is set for trial on November 13, 2000. Pre-trial conference is scheduled for 2:30 p.m. on November 2, 2000.

Plaintiff moves this Honorable Court for a continuance of the trial and pre-trial conference date. Plaintiff was scheduled to be examined by his treating physician, Dr. Robert Nicholson, on or about August 16, 2000. Undersigned counsel has been advised by Dr. Robert Nicholson's office that, due to personal health reasons, Dr. Nicholson has taken approximately 30 days of leave from his practice and is currently out of state, and is unable to treat plaintiff.

Plaintiff's medical condition is uncertain. Neither counsel for plaintiff nor defendant can fully evaluate this case and prepare this matter for trial until such time as Dr. Robert Nicholson returns to practice and finishes his treatment of plaintiff. Further, Dr. Nicholson has ordered additional diagnostic studies, none of which can be interpreted until such time as he returns to practice.

It has been represented to undersigned counsel that Dr. Nicholson should return to practice some time in late September, 2000 or early October, 2000. However, this will not provide adequate time for plaintiff and defendant to prepare this matter for trial.

For the foregoing reasons, plaintiff respectfully moves this Honorable Court for a continuance of both the trial and pre-trial conference.

Respectfully submitted:

GEORGE & GEORGE, LTD.
James A. George
Building 2, Suite D
11505 Perkins Road
Baton Rouge, LA 70810

-and-

Joe Clay Hamilton
Attorney at Law
P.O. Box 1511
Meridian, MS 39302

-and-

KOEDERITZ & BOHRER
A Professional Law Corporation
8706 Jefferson Highway, Suite A
Baton Rouge, Louisiana 70809
Telephone: 225/231-7193

By:_____
Philip Bohrer                    #14089

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has this day been mailed, postage prepaid and properly addressed, to all counsel of record in these proceedings.

Baton Rouge, Louisiana this 30 day of August, 2000.

_____
Philip Bohrer

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FARRAR | * | CIVIL ACTION NO.: 00-116 |
| | * | |
| | * | SECTION: "R" |
| VERSUS | * | |
| | * | MAGISTRATE: 2 |
| ROWAN DRILLING COMPANY, INC. | * | |
| And ROWAN COMPANIES, INC. | * | JURY TRIAL REQUESTED |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE OF NO OPPOSITION

Undersigned counsel hereby certifies that he has contacted counsel for defendant and has been advised that there is no objection to this motion to continue.

Respectfully submitted:

KOEDERITZ & BOHRER
8706 Jefferson Highway
Suite A
Baton Rouge, Louisiana 70809
Telephone: (225) 231-7193

By:_____
Philip Bohrer
Bar Roll No.: 14089

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOHN FARRAR | * | CIVIL ACTION NO.: 00-116 |
| | * | |
| | * | SECTION: "R" |
| VERSUS | * | |
| | * | MAGISTRATE: 2 |
| ROWAN DRILLING COMPANY, INC. | * | |
| And ROWAN COMPANIES, INC. | * | JURY TRIAL REQUESTED |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Premises considered:

IT IS HEREBY ORDERED that the pre-trial conference, currently scheduled for November 2, 2000 and the trial, currently scheduled to begin on November 13, 2000 be and hereby are continued; *Denied. Discovery as to plaintiff's medical condition may be conducted to Nov. 6, 2000. The pretrial Conference is rescheduled to Nov. 9, 2000 at 3:00 p.m.*

~~IT IS HEREBY FURTHER ORDERED that a telephone status conference be and hereby is scheduled for the ___ day of _____, 2000, at ___ o'clock ___ .m. for purposes of selecting a new pre-trial conference and trial date.~~

New Orleans, Louisiana this 1st day of September, 2000.

_____
JUDGE, UNITED STATES DISTRICT COURT