UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -5 PM 2:30

LORETTA G. WHYTE
CLERK

JOHN FARRAR

VERSUS

ROWAN DRILLING COMPANY, INC.
AND ROWAN COMPANIES, INC.

CIVIL ACTION

NO. 00-0116

SECTION "R", MAG. (2)

## MOTION AND ORDER FOR DISMISSAL

**ON MOTION** of Plaintiff, JOHN S. FARRAR, appearing herein through undersigned counsel, and upon suggesting to this Honorable Court that all claims and demands presented herein have been amicably settled and compromised and that, accordingly, movers desire a dismissal of the entire action, with prejudice, each party to bear their own costs;

**IT IS HEREBY ORDERED** that the above styled and numbered cause, including all claims and demands made therein, should be and they are hereby dismissed, with prejudice, each party to bear their own costs.

SIGNED this 8th day of January, 2007.

_Sarah Vance_
JUDGE

Respectfully Submitted:

_____
PHILIP BOHRER - #14089
8706 Jefferson Highway
Suite A
Baton Rouge, Louisiana 70810
Telephone: (225) 231-7193

CERTIFICATE OF SERVICE

I do hereby certify that I have on this 30th day of November, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid

DATE OF ENTRY
JAN - 9 2001

Fee_____
Process___
X Dktd___
_ CtRmDep__
Doc.No.___